FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 25 2019

JAMES N. HATTEN, Clerk
By:  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. DUANE R. ARNOLD AND MARK A. SHIPMAN, ET AL., <br><br> PLAINTIFFS-RELATORS, <br><br> v. <br><br> AVANIR PHARMACEUTICALS, INC., <br><br> DEFENDANT. | Civil Action No. <br><br> 1:15-cv-1250-SCJ <br><br><br> FILED *EX PARTE* and UNDER SEAL |

## UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2), the United States respectfully advises the Court of its election to intervene for the purpose of settlement with respect to the claims against Defendant Avanir Pharmaceuticals, Inc.

Respectfully submitted, this 25th day of September, 2019.

BYUNG J. PAK
United States Attorney

JOSEPH H. HUNT
Assistant Attorney General

1

Andy Mao
Jamie A. Yavelberg
Natalie A. Waites
Attorneys
U.S. Department of Justice
Civil Division
P.O. Box 261
Washington, D.C. 20044
Phone: (202) 616-2964
natalie.a.waites@usdoj.gov


*[signature]*

Neeli Ben-David
Assistant U.S. Attorney
Georgia Bar No. 049788
75 Ted Turner Drive, S.W.
Suite 600
Atlanta, Georgia 30303
Phone: (404) 581-6303
neeli.ben-david@usdoj.gov

ATTORNEYS FOR THE
UNITED STATES OF AMERICA

**Certificate of Compliance**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13 point font.

*[signature]*

Neeli Ben-David
Assistant U.S. Attorney